**CRIMINAL COMPLAINT**
**(Submitted electronically)**

| **United States District Court** | DISTRICT of ARIZONA |
| --- | --- |
| **United States of America**<br>**v.**<br>**Patrick Gary Schlegel**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-01491MJ |

Complaint for violations of Title 18, United States Code, Sections 111(a) and 111(b), Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(i), and 922(g)(1), and 924(a)(8)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count 1**: On or about January 27, 2026, in the District of Arizona, **Patrick Gary Schlegel** did intentionally and forcibly assault United States Customs and Border Protection Air Interdiction Agent J.T., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent J.T. was engaged in, or on account of the performance of his official duties, by firing a handgun at the aircraft Agent J.T. was piloting, in violation of **Title 18, United States Code, Sections 111(a) and 111(b)**.

**Count 2**: Between on or about January 26, 2026, and on or about January 27, 2026, in the District of Arizona, **Patrick Gary Schlegel**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Alfonso Isidrio-Carrillo and Jeronimo Rosado-Garcia, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**Count 3**: Between on or about January 26, 2026, and on or about January 27, 2026, in the District of Arizona, **Patrick Gary Schlegel**, knowing that he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a Umarex Model P350CP .45 caliber pistol and multiple rounds of .45 caliber ammunition, in and affecting interstate or foreign commerce, all in violation of **Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about January 26, 2026, United States Border Patrol (USBP) agents encountered a Dodge Ram on Arivaca Road near Arivaca, Arizona. Agents pursued the Dodge Ram, which fled and then stopped to allow two subjects to flee on foot. Agents successfully apprehended the two subjects, later identified as Alfonso Isidro-Carrillo and

**(BASIS OF COMPLAINT CONTINUED ON REVERSE)**

MATERIAL WITNESSES IN RELATION TO COUNT TWO: Alfonso Isidro-Carrillo and Jeronimo Rosado-Garcia

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Matthew C. Cassell* | SIGNATURE OF COMPLAINANT (official title)<br>[signature]<br>OFFICIAL TITLE<br>FBI Special Agent Michelle Terwilliger |
| --- | --- |

**Sworn to telephonically.**

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>[signature] | DATE<br>January 27, 2026 |
| --- | --- |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED)**

Jeronimo Rosado-Garcia, but agents were unsuccessful in locating the Dodge Ram. However, at approximately 07:00 on January 27, 2026, USBP agents again located the Dodge Ram, and an unmanned aerial surveillance drone maintained a visual of the vehicle as it fled into the remote desert near Arivaca. The driver of the vehicle, later identified as **Patrick Gary SCHLEGEL**, exited the Dodge Ram and fled on foot into the desert near mile marker 15 on Arivaca Road. USBP agents secured the Dodge Ram and found an empty pistol holster inside.

As **SCHLEGEL** fled on foot, he was pursued by an Air and Marine Operations helicopter, which was piloted by United States Customs and Border Protection Air Interdiction Agent J.T., an agent of the United States as designated in section 18 U.S.C. § 1114. Agent J.T. guided the USBP agents on the ground toward **SCHLEGEL**'s location in the desert. At approximately 7:30 a.m., **SCHLEGEL** fired shots from a handgun in the direction of the helicopter piloted by Agent J.T. A USBP agent who was on foot pursuing **SCHLEGEL**, fired at him. **SCHLEGEL** was then found with injuries to the leg and head. USBP agents responded to the scene and provided emergency medical support to **SCHLEGEL**. Agents secured **SCHLEGEL**'s phone and the firearm he used to fire at the helicopter.

USBP agents interviewed Rosado-Garcia, who identified **SCHLEGEL** as the driver of the Dodge Ram and identified the Dodge Ram. Rosado- Garcia also told agents that he paid $8,000.00 to be smuggled into the United States. USBP agents interviewed Isidro-Carrillo, who told them he agreed to pay $14,000.00 to be smuggled into the United States.

A records check revealed that **SCHLEGEL** has multiple felony convictions. He has convictions for alien smuggling and felon in possession of a firearm in United States District Court case number CR-23-0853-TUC-RM-BGM, where he was sentenced to 36 months of imprisonment followed by supervised release for a period of three years. **SCHLEGEL** also has an active federal arrest warrant issued by the United States District Court for the District of Arizona, pursuant to a complaint for Escape in case number 25-MJ-12326. That complaint alleges that **SCHLEGEL** absconded from Dismas Charities on December 15, 2025, and never returned.

An ATF interstate nexus expert performed a preliminary interstate nexus determination and determined that the Umarex Model P350CP .45 caliber pistol **SCHLEGEL** used was not manufactured in the state of Arizona, and thus it traveled in interstate and/or foreign commerce.