JON M. SANDS
Federal Public Defender
DMITRY KASHTELYAN
Assistant Federal Public Defender
State Bar No. 027188
407 W. Congress Street, Suite 501
Tucson, Arizona 85701
(520) 879-7500
dmitry_kashtelyan@fd.org
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Patrick Gary Schlegel,<br><br>Defendant. | No. CR 4:26-MJ-01491-TUC-N/A (MSA)<br><br>**MOTION FOR VISITATION AT THE HOSPITAL** |

Dmitry Kashtelyan, Assistant Federal Public Defender, respectfully requests that the Court issue an order allowing him, his co-counsel, Matei Tarail, as well as other members of the defense team, to visit his client, Patrick Gary Schlegel, while he is hospitalized and receiving medical care. Undersigned counsel was appointed to this case on January 28, 2026. Mr. Schlegel is currently not in official detention due to being hospitalized. His Initial Appearance has been continued to February 4, 2026. Defense counsel currently does not have any additional information about the extent of Mr. Schlegel's injuries or when he will be available to appear in court. Thus, he is requesting that he be allowed reasonable access to Mr. Schlegel while he is receiving medical care. Such access is necessary for effective representation in this matter.

Defense counsel has been in contact with the United States Marshalls and understands that because Mr. Schlegel is not in official detention, he will not be allowed to disclose Mr. Schlegel's location to the

public. Defense counsel agrees to this condition as a part of the court order granting visitation and also agrees to instruct other members of the defense team to not disclose Mr. Schlegel's location to anyone outside of the defense team. Defense counsel also understands that the legal visitation will need to be coordinated with the United States Marshalls, that security protocols will need to be followed and that the visitation will need to occur at a time when it will not interfere with Mr. Schlegel's medical treatment. Defense counsel agrees to the conditions above. The assigned Assistant United States Attorney, Christine Melton, has been contacted and has no objection to this motion as long as the conditions listed above are a part of the court order granting visitation in this matter.

Respectfully submitted: January 29, 2026.

JON M. SANDS
Federal Public Defender

*/s/ Dmitry Kashtelyan*
**DMITRY KASHTELYAN**
Assistant Federal Public Defender
Attorney for Defendant

Copies to all parties via *CM/ECF*.