TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CHRISTINE A. MELTON
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christine.melton@usdoj.gov
julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Patrick Gary Schlegel,<br>Defendant. | Mag. No. 26-01491 (MSA)<br><br>GOVERNMENT'S MOTION FOR RELEASE OF MATERIAL WITNESSES<br><br>*(Motion Hearing February 23, 2026)* |

The United States of America, through undersigned counsel, hereby moves the Court to release the material witnesses detained pursuant to the government's affidavit for detention of material witnesses (Doc. 3). On January 27, 2026, a complaint was filed against the defendant in this case, alleging *inter alia*, violations of 8 U.S.C. § 1324, Transportation of Illegal Aliens for Profit. (Doc. 1.) Relatedly, the government filed an Affidavit of Detention of Material Witnesses, indicating that the illegal aliens transported by the defendant included Jeronimo Rosado-Garcia and Alfonso Isidro-Carrillo (the "material witnesses"), two individuals who are citizens and residents of Mexico. (Doc. 3.) The material witnesses were detained, and an initial appearance was conducted for them on January 28, 2026. (Doc. 6.)

At this time, the government no longer requires the presence of the material witnesses for trial in this matter, and moves for their release their country of origin. The government has notified defense counsels, Dmitry Kashtelyan and Matei Tarail, of this

motion. Defense counsels have acknowledged this motion but have not yet indicated a position.

Respectfully submitted this 23rd day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/S/ Christine A. Melton*
*/S/ Julie A. Sottosanti*
Christine A. Melton
Julie A. Sottosanti
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 23th day of February, 2026, to:

All ECF Participants