TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CHRISTINE A. MELTON
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christine.melton@usdoj.gov
       julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

VICTIM

FILED
2026 FEB 25 PM 12: 31
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-00819 TUC-RM(JEM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Patrick Gary Schlegel,

    Defendant.

**I N D I C T M E N T**

Violations:

**Counts 1-2:**
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)

**Count 3:**
18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Possession of a Firearm by a Prohibited Person)

**Count 4:**
18 U.S.C. §§ 111(a)(1) and 111(b)
(Assault on a Federal Officer)

**Count 5:**
18 U.S.C. §§ 1113 and 1114
(Attempted Murder of a Federal Officer)

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about January 26, 2026, in the District of Arizona, PATRICK GARY SCHLEGEL, knowing and in reckless disregard of the fact that an alien, Jeronimo Rosado-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

## COUNT TWO

On or about January 26, 2026, in the District of Arizona, PATRICK GARY SCHLEGEL, knowing and in reckless disregard of the fact that an alien, Alfonso Isidro-Carrillo, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

## COUNT THREE

On or about January 27, 2026, in the District of Arizona, PATRICK GARY SCHLEGEL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, to wit: one (1) Tisas Model T0620 1911 style pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

On or about January 27, 2026, in the District of Arizona, PATRICK GARY SCHLEGEL did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Air Interdiction Agent J.T., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while Agent J.T. was engaged in and

on account of the performance of his official duties, by pointing and firing a firearm at Agent J.T., in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

### COUNT FIVE

On or about January 27, 2026, in the District of Arizona, PATRICK GARY SCHLEGEL did attempt to murder United States Air Interdiction Agent J.T., an officer or employee of any agency in any branch of the United States Government, while he was engaged in and on account of the performance of his official duties, by pointing and firing a firearm at Agent J.T., in violation of Title 18, United States Code, Sections 1113 and 1114.

### FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324, alleged in Counts One and Two of this Indictment, defendant, Patrick Gary Schlagel, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6): (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense, including, but not limited to:

1) one Tisas 1911 style handgun, Model T0620, bearing serial number: 13BE00141;
2) a magazine containing six (6) rounds of .45 caliber ammunition;
3) one .45 caliber ammunition;
4) one .45 caliber spent casing;
5) a gun holster with Border Patrol patches;
6) 25 rounds of 9mm American Gunner ammunition;
7) One (1) USA Amend 2 magazine with fourteen (14) rounds of 9mm ammunition.

      Upon conviction of Count Three of the Indictment, the defendant, Patrick Gary Schlagel, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    1)    one Tisas 1911 style handgun, Model T0620, bearing serial number: 13BE00141;

    2)    a magazine containing six (6) rounds of .45 caliber ammunition;

    3)    one .45 caliber ammunition;

    4)    one .45 caliber spent casing;

    5)    a gun holster with Border Patrol patches;

    6)    25 rounds of 9mm American Gunner ammunition;

    7)    One (1) USA Amend 2 magazine with fourteen (14) rounds of 9mm ammunition.

      If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

///

///

All pursuant to Title 18, United States Code, Sections 982(a)(6), (b)(1), 924(d); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: February 25, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

CHRISTINE A. MELTON
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys

REDACTED FOR PUBLIC DISCLOSURE