IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>  vs.<br><br>Patrick Gary Schlegel,<br><br>              Defendant. | Case No. 26-CR-00819-RM-JEM<br><br>ORDER |

The Court has considered the defendant's Motion to Continue Initial Appearance and Arraignment hearing (Doc. 24), and there being no objection,

Therefore, **IT IS ORDERED** the motion is **GRANTED**. The Initial Appearance currently scheduled on March 10, 2026, and the Arraignment hearing currently scheduled on March 20, 2026, are **CONTINUED** to March 25, 2026, at 2:00 PM before Magistrate Judge Eric J. Markovich.

Dated this 9th day of March, 2026.

.

_____
James E. Marner
United States Magistrate Judge