JON M. SANDS
Federal Public Defender
DMITRY KASHTELYAN
Assistant Federal Public Defender
State Bar No. 027188
407 W. Congress Street, Suite 501
Tucson, Arizona 85701
(520) 879-7500
dmitry_kashtelyan@fd.org
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Patrick Gary Schlegel,<br><br>Defendant. | No. CR 4:26-00819-TUC-RM (JEM)<br><br>**MOTION TO CONTINUE TRIAL DATE AND EXTEND PLEA DEADLINE**<br><br>**(Second Request – In Custody)**<br><br>**(No Objection)** |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(7)(A), will occur as a result of this motion or an order based thereon.

The Defendant, Patrick Gary Schlegel, through undersigned counsel, respectfully requests a 90-day continuance of the trial date currently scheduled for August 25, 2026, and the plea deadline currently set for August 7, 2026, for the following reasons.

Additional time is needed to prepare for trial. The investigation is ongoing. This week the government provided the defense with critical disclosure. The defense needs additional time to review it.

The government has no objection to the requested continuance. This motion is not made for purposes of delay.

Respectfully submitted: July 30, 2026.

JON M. SANDS
Federal Public Defender

*/s/ Dmitry Kashtelyan*
DMITRY KASHTELYAN
Assistant Federal Public Defender
*Attorney for Defendant*

Copies to all parties via CM/ECF